ANN MILLER RAVEL, County Counsel (S.B. #62139)
MICHAEL L. ROSSI, Deputy County Counsel (S.B.#184997)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

**E-filed 10/21/05**

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID ELLEDGE, and SCOTT JOHNSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CAMPBELL, a municipal corporation, and ROBERT G. SLADE, M.D., an individual, RUSSELL BERG, an individual, and KATHLEEN BERG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a municipal corporation, DAVID ELLEDGE, an individual, SCOTT JOHNSON, an individual, RICHARD ATKINSON, and individual, and DOES 1-50,<br><br>Defendants. | No.   C03-05591 JF<br><br>**STIPULATION TO ENLARGE TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**<br>(N.D. Local Civ. R. 6-2) |

The parties hereby stipulate that the hearing on the motion for reconsideration by Plaintiffs City of Campbell, Russell Berg, and Robert Slade ("Plaintiffs") shall be heard on December 2, 2005, or on a date as soon thereafter as possible. Defendants Santa Clara County, David Elledge, and Scott Johnson shall have until and including 21 days before the date of the hearing to file an opposition brief in this matter. Plaintiffs shall have until and including 14 days before the hearing to file a reply brief.

Pursuant to Local Civil Rules 6-2(a)(1), the reasons for this request are set forth with particularity in the Affidavit of Michael L. Rossi in Support of Stipulation to Enlarge Time to

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation to Enlarge Time to File Opposition
to Plaintiffs' Motion for Reconsideration          1          C03-05591 JF

1  File Opposition to Plaintiffs' Motion for Reconsideration. This Court previously enlarged time
2  for Plaintiffs to file an opposition to Defendants' summary judgment motion on July 11, 2005.
3  This proposed brief enlargement of time will not prejudice either party.
4      IT IS SO STIPULATED.
5  Dated: Dated: October __, 2005     By: _____
                                                        THOMAS BOWNE, ESQ.

Attorney for Plaintiffs
CITY OF CAMPBELL, RUSSELL BERG, KATHLEEN BERG, AND ROBERT SLADE

10  Dated: Dated: October 17, 2005     By: _____/S/_____
                                                        MICHAEL L. ROSSI,
                                                        Deputy County Counsel

Attorney for Defendants
COUNTY OF SANTA CLARA, DAVID ELLEDGE, and SCOTT JOHNSON

10/21/05 IT IS SO ORDERED.

Judge Jeremy Fogel /s/electronic signature authorized
United States District Court

S:\Main\Litigation\City of Campbell\Pleadings\MTD\stip enlarge time oppose.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation to Enlarge Time to File Opposition
to Plaintiffs' Motion for Reconsideration       2       C03-05591 JF

File Opposition to Plaintiffs' Motion for Reconsideration. This Court previously enlarged time for Plaintiffs to file an opposition to Defendants' summary judgment motion on July 11, 2005. This proposed brief enlargement of time will not prejudice either party.

IT IS SO STIPULATED.

Dated: Dated: October 18, 2005

By: /s/ Thomas Bowne
THOMAS BOWNE, ESQ.

Attorney for Plaintiffs
CITY OF CAMPBELL, RUSSELL BERG, KATHLEEN BERG, AND ROBERT SLADE

Dated: Dated: October 17, 2005

By: /S/
MICHAEL L. ROSSI,
Deputy County Counsel

Attorney for Defendants
COUNTY OF SANTA CLARA, DAVID ELLEDGE, and SCOTT JOHNSON

S:\Main\Litigation\City of Campbell\Pleadings\MTD\stip enlarge time opposs.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation to Enlarge Time to File Opposition to Plaintiffs' Motion for Reconsideration

2

C03-05591 JF

TOTAL P.003