\*\* E-filed on 12/2/05 \*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CITY OF CAMPBELL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case Number C 03-05591 JF<br><br>ORDER[1] DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT<br><br>[Docket No. 53] |

    On August 8, 2005, this Court issued an order granting the motion for summary judgment filed by Defendants County of Santa Clara, David Elledge, and Scott Johnson (collectively "Defendants"). Judgment was entered on August 10, 2005. On August 19, 2005, Plaintiffs City of Campbell, Robert G. Slade, and Russell and Kathleen Berg (collectively "Plaintiffs") filed a motion for reconsideration of the Court's order and judgment. Defendants filed opposition to the motion. The Court concludes that Plaintiffs' motion is without merit.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-05591 JF
ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT
(JFLC1)

1   Plaintiffs filed their motion pursuant to Rule of Civil Procedure 59(e), which states: "Any
2   motion to alter or amend a judgment shall be filed no later than 10 days after entry of the
3   judgment." A motion filed pursuant to Rule 59(e) is appropriate "'if the district court: (1) is
4   presented with newly discovered evidence, (2) committed clear error or the initial decision was
5   manifestly unjust, or (3) if there is an intervening change in controlling law.'" *Circuit City*
6   *Stores, Inc. v. Mantor*, 417 F.3d 1060, 1064 n.1 (9th Cir. 2005) (citing *Sch. Dist. No. 1J,*
7   *Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir.1993). None of these
8   circumstances is present here.

   The Court's first basis for granting summary judgment was that Defendants cannot be
held liable for a failure to pay by the Santa Clara Superior Court. The Court's order of August 8,
2005 states that the County of Santa Clara "itself had no control over [the funds at issue], and the
County treasurer, when acting with respect to such funds, was acting as an officer of the Superior
Court and had no authority to do anything with the funds except as directed by the Superior
Court." Plaintiffs argue that the Santa Clara Superior Court in fact has ordered Defendants to
release "the funds being sought herein" and, thus, that Defendants are liable. However, the
orders to which Plaintiff refer, though they involve the City of Campbell, involve neither the
properties nor the property owners as to which funds are being sought in the instant case. To the
extent that these orders have any relevance to the instant case, they show only that Plaintiffs have
an available and adequate remedy in state court.

   The Court's second basis for granting summary judgment was that Plaintiffs lack
sufficient evidence of an essential element of each of their claims: the nonpayment of interest.
Plaintiffs argue that the Court overlooked evidence in granting summary judgment on this
ground. However, they simply repeat arguments that were made previously and present the
Court with no new evidence.

   Good cause therefore appearing, IT IS HEREBY ORDERED that Plaintiffs' motion for
reconsideration of the Court's August 8, 2005 order granting summary judgment is DENIED.

1  DATED: December 2, 2005

2

3                                        /s/ (electronic signature authorized)
                                         JEREMY FOGEL
4                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  This Order has been served upon the following persons:

2  Nicholas Damer          nicliberty@aol.com, kldamer@aol.com

3  Michael L. Rossi        michael.rossi@cco.co.scl.ca.us

4  J. Thomas Bowne
   2130 East Fourth Street
5  Suite 120
   Santa Ana, CA 92705

4

Case No. C 03-05591 JF
ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT
(JFLC1)